**DISMISS and Opinion Filed September 13, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00190-CV

**JOHN SCOGGINS, Appellant**
**V.**
**WYATT HOLLIDAY AND KATHRYN PAGE, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10313**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court is the parties' agreed motion to dismiss the appeal because they have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210190F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHN SCOGGINS, Appellant

No. 05-21-00190-CV       V.

WYATT HOLLIDAY AND
KATHRYN PAGE, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-10313.
Opinion delivered by Justice
Reichek. Justices Schenck and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.


Judgment entered September 13, 2021

–2–